IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Petty, Essie | Case Number: 05 B 17390 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/13/07 | Filed: 5/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: May 4, 2007
Confirmed: June 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 21,524.17 | |
| Secured: | | 17,052.94 |
| Unsecured: | | 1,682.98 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,060.32 |
| Other Funds: | | 27.93 |
| Totals: | 21,524.17 | 21,524.17 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Defenders, P.C. | Administrative | 1,700.00 | 1,700.00 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 14,219.01 | 4,297.88 |
| 4. | Countrywide Home Loans Inc. | Secured | 18,907.98 | 12,755.06 |
| 5. | Monterey Financial Services | Unsecured | 179.53 | 179.53 |
| 6. | Peoples Energy Corp | Unsecured | 3,841.84 | 0.00 |
| 7. | Corporate America Family CU | Unsecured | 1,503.45 | 1,503.45 |
| 8. | State of Michigan Revenue Div | Priority | | No Claim Filed |
| 9. | Cingular Wireless | Unsecured | | No Claim Filed |
| 10. | First National Bank of Omaha | Unsecured | | No Claim Filed |
| 11. | Security Link | Unsecured | | No Claim Filed |
| 12. | Rizza Chevrolet | Unsecured | | No Claim Filed |
| 13. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 40,351.81 | $ 20,435.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 120.20 |
| 5.5% | 716.73 |
| 5% | 134.30 |
| 4.8% | 52.80 |
| 5.4% | 36.29 |
| | _____ |
| | $ 1,060.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Petty, Essie | Case Number:  05 B 17390 |
| | Judge:  Wedoff, Eugene R |
| Printed:  11/13/07 | Filed:  5/3/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_